# NO. 12-22-00057-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE 307TH* |
| *A.B. AND D.B.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, D.B., filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). We ***withdraw*** our ICWA order of April 5, 2022.

Opinion delivered April 14, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 14, 2022**

**NO. 12-22-00057-CV**

**IN THE INTEREST OF A.B. AND D.B., CHILDREN**

Appeal from the 307th District Court
of Gregg County, Texas (Tr.Ct.No. 2020-1859-DR)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*